STATE OF NEW JERSEY v. CHRISTOPHER DELOUISE.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY LIVINGSTON.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIC SMITH.

September 25, 1989.

Petition for certification denied.

IN THE MATTER OF APPLICATION OF VV
PUBLISHING CORPORATION.

September 25, 1989.

Petitions for certification granted.